In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-482 CV


____________________



IN RE ARNOLD RAY LAMOTTE, JR.






Original Proceeding






 MEMORANDUM OPINION 


 Arnold Ray Lamotte, Jr., filed a petition for writ of mandamus on October 27, 2006. 
An inmate confined in the Correctional Institutions Division of the Texas Department of
Criminal Justice, Lamotte seeks to compel prosecution of criminal charges by Polk County
District Attorney John S. Holleman. The prosecuting authority for Polk County is not one
of the persons against whom we may issue a writ of mandamus other than to protect our
jurisdiction, and the relator has not shown that the writ is necessary to enforce our
jurisdiction. See Tex. Gov't Code Ann. § 22.221 (Vernon 2004). The relator has not
shown that he is entitled to the relief sought in his petition. Accordingly, the petition for writ
of mandamus is denied.

 WRIT DENIED.

 PER CURIAM


Opinion Delivered November 22, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.